No. 92–773. RENO, ATTORNEY GENERAL OF THE UNITED STATES *v.* ADULT VIDEO ASSN. ET AL. C. A. 9th Cir. Certiorari

granted, judgment vacated, and case remanded for further consideration in light of *Alexander* v. *United States, ante,* p. 544. ▮